AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DENISE E. NOVAK, HOWARD HOFFMAN, DAVID FRIEDMAN and LAWRENCE ESTEP, individually and on behalf of a class, Plaintiffs,

V.

TARGET CORPORATION, Defendant.

CASE NUMBER: 13-cv-9165

ASSIGNED JUDGE: Judge Gettleman

DESIGNATED MAGISTRATE JUDGE: Judge Gilbert

TO: (Name and address of Defendant)

TARGET CORPORATION
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE
(By) DEPUTY CLERK



DATE December 23, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>December 31, 2013 at 11:16 am |
| NAME OF SERVER (PRINT)<br>Terrance Scotton | TITLE<br>Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served upon Target Corporation, c/o CT Corporation System, Registered Agent at 208 S. LaSalle Street, Chicago, IL 60604 on 12/31/13, 11:16 a.m. Individual was female, 30s, approx. 5'9", black hair, glasses. Served Summons, Complaint, Motion for Class Certification with notice, Local Rule 3.2 Statement, Fed. R. Civ. P. 7.1 Disclosure, Motion to Enter and Continue with notice.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL<br>- | SERVICES<br>- | TOTAL<br>- |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/31/13   _____
            Date                Signature of Server

Terrance Scotton
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

*Address of Server*

THOMAS G. BRUTON, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.